**Opinion issued October 25, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-11-00613-CV**

————————————

**H.E. BUTT GROCERY COMPANY, Appellant**

**V.**

**SHIRLEY TREVINO, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-57014**

---

**MEMORANDUM OPINION**

Appellant, H.E. Butt Grocery Company, has filed an unopposed motion to reinstate and dismiss the appeal. *See* TEX. R. APP. P. 10.1(a), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, the motion is granted, and the appeal is reinstated and dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.